# Court of Appeals
# of the State of Georgia

ATLANTA,__September 14, 2016__

*The Court of Appeals hereby passes the following order:*

**A17A0109.  CLYDE KENNARD JONES v. VENESULIA KING-HURST.**

Plaintiff Clyde Jones initiated this case in magistrate court by filing an affidavit for the arrest of defendant Venesulia King-Hurst.  Following an adverse ruling, Jones appealed to the superior court, where he sought to proceed in forma pauperis.  The superior court denied Jones's request to appeal in forma pauperis on the ground that his appeal lacked any justiciable issue for review.  Jones then appealed directly to this Court.  We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1).  Because Jones did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*____09/14/2016____
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*